UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT A. MASON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:  3:12-cv-469-PLR-HBG |
| | ) | |
| SEVIER COUNTY, TENNESSEE, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This is a civil rights action pursuant to 42 U.S.C. § 1983, which is scheduled for a jury trial on August 18, 2014.  The parties have filed a joint motion for continuance or to amend the Scheduling Order.  For good cause shown, the motion [Doc. 71] is **GRANTED**.  It is **ORDERED** that the trial date of August 18, 2014, is **CANCELLED** and the trial is rescheduled for **Tuesday, May 19, 2015, at 9:00 a.m.**  It is also **ORDERED** that the final pretrial conference, previously scheduled for August 11, 2014, is **CANCELLED** and is **RESCHEDULED** for **Monday, May 11, 2015, at 2:00 p.m**.  All pretrial scheduling deadlines shall be applied as calculated from the new trial date and according to the same time limitations set forth in the Court's scheduling order [Doc. 29].

**E N T E R :**

_/s/ Pamela L. Reeves_
UNITED STATES DISTRICT JUDGE