# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

ROBERT A. MASON,          )
          )
         *Plaintiff,*      )
          )       No.: 3:12-cv-469 PLR-HBG
v.                   )
          )
SEVIER COUNTY, TENNESSEE,    )
et al.,                  )
         *Defendants.*     )

## MEMORANDUM AND ORDER

This is a civil rights action pursuant to 42 U.S.C. § 1983, which is scheduled for a jury trial on Tuesday, May 19, 2015. The parties have filed a joint motion to continue the motions for summary judgment filed by defendants Tammy Finchum, Robert Maughon, and First Med, Inc., pending completion of the depositions of Tammy Finchum and Robert Maughon. Apparently, the parties seek to extend the plaintiff's deadline for responding to the motions for summary judgment until thirty (30) days after completion of those depositions. The motion to continue [Doc. 84] is **GRANTED** to the extent the plaintiff shall have up to and including thirty (30) days after completion of the depositions of Tammy Finchum and Robert Maughon within which to file his response to the motions for summary judgment filed by defendants Tammy Finchum, Robert Maughon, and First Med, Inc. It is further **ORDERED**, however, that plaintiff's deadline shall not extend past October 31, 2014, without further order of the Court.

**E N T E R :**

_____
**UNITED STATES DISTRICT JUDGE**